UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY INSURANCE FUND, TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY ANNUITY FUND, and DISTRICT COUNCIL NO.9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

Petitioners,

*-against-*

BELT CONTRACTING,

Respondent.

**ORDER**

26-CV-01662 (ER)

RAMOS, D.J.:

Respondent is directed to file a response to Petitioners' Motion for Summary Judgment by August 14, 2026. Petitioners are directed to file a reply by August 21, 2026.

It is SO ORDERED.

Dated: July 17, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.