UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY INSURANCE FUND, TRUSTEES OF THE DISTRICT COUNCIL NO.9 PAINTING INDUSTRY ANNUITY FUND, *and* DISTRICT COUNCIL NO.9 INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES, A.F.L.-C.I.O.,

*Petitioners*,

*-against-*

BELT CONTRACTING,

*Respondent*.

**ORDER**

26-CV-01662 (ER)

RAMOS, D.J.:

On February 27, 2026, Trustees of the District Council No.9 Painting Industry Insurance Fund, Trustees of the District Council No.9 Painting Industry Annuity Fund, and District Council No.9 International Union of Painters and Allied Trades, A.F.L.-C.I.O. ("Petitioners") brought this action to confirm an arbitration award against Belt Contracting. On June 15, 2026, Petitioners filed an affidavit of service on Belt Contracting, Doc. 8, and on July 16, 2026, moved for summary judgment, Doc. 9. Belt Contracting has not appeared. On July 17, 2026, the Court directed Belt Contracting to respond to Petitioners' motion by August 14, 2026. Doc. 14. On July 20, 2026, Petitioners filed certificates of service on Belt Contracting for the motion, Doc. 15, and the Court order to respond to the motion, Doc. 16. Since then, Belt Contracting has not appeared or responded.

Belt Contracting is directed to file a response to Petitioners' motion for summary judgment by November 6, 2026. If Belt Contracting fails to respond by November 6,

2026, the motion will be deemed unopposed. If Belt Contracting responds by November 6, Petitioners are directed to file a reply by November 13, 2026.

It is SO ORDERED.

Dated: October 29, 2026
New York, New York

EDGARDO RAMOS, U.S.D.J.